FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-1220
_____

ALPHONZO J LEWIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


December 6, 2023


PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Alphonzo J Lewis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.